UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CITY OF PASCO,<br>a Washington municipal corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BONNEVILLE POWER ADMINISTRATION, an agency of the federal government, ET AL.,<br><br>Defendants. | No. CV-04-5133-AAM<br><br>**ORDER GRANTING JOINT MOTION FOR CONTINUANCE** |

Good cause appearing, the "Joint Motion For Ninety Day Continuance Of Court's Order Vacating Scheduling Order, *Inter Alia*" (Ct. Rec. 59) is **GRANTED**. Within ninety (90) days from the date of this order, the parties shall advise whether a settlement has been concluded. If a settlement is not concluded within that time, a new scheduling order will issue.

**IT IS SO ORDERED**. The District Executive is directed to enter this order and forward copies to counsel of record.

**DATED** this 17th of February, 2006.

        s/ Alan A. McDonald
        ALAN A. McDONALD
        Senior United States District Judge

**ORDER GRANTING JOINT
MOTION FOR CONTINUANCE-**      **1**